Lisa S. Kantor - State Bar No. 110678
  Email: lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272
**Attorneys for Plaintiff,**
**MARLENE SHAW**

THOMAS M. HERLIHY (SBN 83615)
  e-mail: herlihy@kelher.com
JOHN C. FERRY (SBN 104411)
  e-mail: jferry@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Telephone: (415)951-0535
Facsimile:  (415)391-7808
**Attorneys for Defendants**
**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARLENE SHAW,<br><br>    Plaintiff,<br><br>    VS.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br><br>    Defendants.<br>_____ | CASE NO: 1:07-cv-01026-AWI-SMS<br><br>STIPULATION AND **ORDER** FOR FILING OF FIRST AMENDED COMPLAINT **\*** |

Pursuant to Fed.R.Civ.P. Rules 15(a) and 19(a), Plaintiff, Marlene Shaw, ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Unum") hereby stipulate that Plaintiff may file the First Amended Complaint, a copy of which is attached.

1

The parties further stipulate that Unum waives notice and service of the First Amended Complaint. Defendants will file an Answer to the First Amended Complaint. The parties agree that an Answer shall filed within thirty (30) days from the date this Court deems the First Amended Complaint filed. Unum's willingness to enter into the instant stipulation shall in no way be construed as an admission to any of the allegations contained in the First Amended Complaint, nor shall it waive any affirmative defense.

DATED:  February 13, 2008          KANTOR & KANTOR LLP

/s/Lisa S. Kantor
Lisa S. Kantor
Attorneys for Plaintiff
Marlene Shaw

DATED:  February 13, 2008          KELLY, HERLIHY & KLEIN LLP

/s/Thomas M. Herlihy for
John C. Ferry
Attorneys for Defendant Unum Life Insurance Company


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARLENE SHAW, | CASE NO: 1:07-CV-01026-AWI-SMS |
| Plaintiff, | |
| VS. | **ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; WALLACE THOMPSON HOSPITAL LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Good cause having been shown, the Proposed First Amended Complaint is deemed filed as of this date.*  Defendants shall file an Answer to the Amended Complaint within thirty (30) days from today's date.   * Plaintiff shall file the First Amended Complaint within five (5) working days from service of this Order.

IT IS SO ORDERED.

**Dated:   February 21, 2008**          /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE