LISA S. KANTOR (SBN 110678)
CORINNE CHANDLER (SBN 111423)
KANTOR & KANTOR, LLP
19839 Nordhoff Street, #1B
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272
E-mail: lkantor@kantorlaw.net
        cchandler@kantorlaw.net

Attorneys for Plaintiff,
MARLENE SHAW

THOMAS M. HERLIHY (SBN 83615)
FRANCIS J. TORRENCE (SBN 154653)
SHEENA V. JAIN (SBN 251912)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
        francis.torrence@wilsonelser.com
        sheena.jain@wilsonelser.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARLENE SHAW, | Case No.:   107-CV-01026-AWI-SMS |
|        Plaintiff, | **STIPULATION AND ORDER** |
|    vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
|      Defendants | |

The parties, plaintiff Marlene Shaw ("plaintiff") and defendant Unum Life Insurance Company ("defendant"), through their respective counsel of record, hereby stipulate as set forth below.

The parties had previously proposed, and the Court had confirmed, pre-trial and trial dates with an April 28, 2009 trial date.  The parties have been actively litigating this case, and now believe that certain changes to the trial and pre-trial schedule are appropriate in order to allow the parties an opportunity to participate in a second private mediation. Essentially, the parties request that existing dates be continued by approximately sixty (60) days.

The parties stipulate to and request the Court's approval of the proposed changes in order to enhance the chances that the mediation will be meaningful and productive.  At the present, the private mediation is scheduled to take place on January 14, 2009.  The parties have also reached collateral agreements regarding pre-mediation and post-mediation discovery which are memorialized separately.   (The parties did participate in a private mediation at the start of this case.)

Therefore, in light of those agreements, and in order to enhance preparation for the mediation, the parties agree to and propose the following amendments to the existing pre-trial and trial schedule:

| | |
|---|---|
| Fact Discovery Cut-off: | February 2, 2009 |
| Expert Disclosures: | February 16, 2009 |
| Rebuttal and Supplemental Disclosures: | February 27, 2009 |
| Expert Discovery Cut-off: | March 20, 2009 |
| Last day to file dispositive motions: | March 27, 2009 (or as Court instructs) |
| Pretrial Conference: | May 22, 2009 (or as Court instructs) |
| Trial: | June 30, 2009 (or as Court instructs) |

-1-

1         If the Court has questions about these proposed dates, or is otherwise inclined, the

2    parties will make themselves available for a telephonic conference to discuss this issue with

3    the Court, or can appear in person per the Court's desire.

4    **IT IS SO STIPULATED.**

5

6    Dated:  November 25, 2008                    KANTOR & KANTOR LLP

7

8                                                        By_____/s/_Corinne Chandler_____

9                                                        Corinne Chandler
                                                         Attorney for Plaintiff
10                                                       MARLENE SHAW

11

12   Dated:  November 25, 2008                    WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP
13

14

15                                                       By_____/s/_Francis Torrence_____
                                                         Francis J. Torrence
16                                                       Attorney for Defendant
                                                         UNUM LIFE INSURANCE COMPANY
17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER

CASE NO. 07 CV-01026 AWI-SMS

# ORDER

Good cause appearing, it is hereby ordered that the existing pre-trial and schedule be amended as follows:

| | |
|---|---|
| Fact Discovery Cut-off: | February 2, 2009 |
| Expert Disclosures: | February 16, 2009 |
| Rebuttal and Supplemental Disclosures: | February 27, 2009 |
| Expert Discovery Cut-off: | March 20, 2009 |
| Last day to file dispositive motions: | March 27, 2009 |
| Pre-trial Conference: | May 22, 2009 |
| Trial: | June 30, 2009 |

**IT IS SO ORDERED.**

Date:   11/26/2008           /s/ Sandra M. Snyder
                            SANDRA M. SNYDER
                            JUDGE OF THE UNITED STATES
                            DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER

CASE NO. 07 CV-01026 AWI-SMS