Lisa S. Kantor - State Bar No. 110678
   Email: lkantor@kantorlaw.net
Corinne Chandler - State Bar No. 111423
   Email: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
**MARLENE SHAW**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MARLENE SHAW, | CASE NO: 1:07-CV-01026-AWI-SMS |
| Plaintiff, | **Discovery Matter** |
| VS. | ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL [26] |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; WALLACE THOMPSON HOSPITAL LONG TERM DISABILITY PLAN, | |
| Defendants. | |

This matter came on for hearing upon the Motion of Plaintiff, Marlene Shaw to compel further discovery in the above entitled matter.  The hearing was conducted telephonically on January 16, 2009 and resumed on January 21, 2009.  At said hearings, plaintiff was represented by Corinne Chandler, Esq. and defendant Unum Life Insurance Company of America ("Unum") was represented by Francis Torrence, Esq.  The Court having read and considered all of the papers and pleadings submitted in support of and in opposition to said Motion and after hearing argument of the parties, hereby rules as follows:

    1.    Plaintiff's Motion is granted with respect to Interrogatories Nos. 5, 7, 9 and 14.

2.     Plaintiff's Motion as to Interrogatories Nos. 6, 8 and 15 is denied, without prejudice. Plaintiff may renew her request for the information requested in said Interrogatories, depending upon the information provided by defendant in response to Interrogatories Nos. 5, 7, 9 and 14.

3.     Plaintiff's Motion as to Requests for Production Nos. 6, 44, 46, 47 and 50 is granted with the following modifications. Defendant is to produce its Claim Manual. To the extent plaintiff's counsel identifies places in the Claims Manual which contain hyperlinks to materials that refer to Fibromyaglia or the Self Reported Symptoms Limitation, plaintiff's counsel is to identify such hyperlinks to defense counsel. Defendant will produce the materials connected by hyperlink to the extent they connect to defendant's documents, but reserves the right to object if any such hyperlink is to public or subscription service resources.

Defendant is to produce its Underwriting File (called a Contract file), including the application for the Policy. However, defendant need not produce those pages which refer exclusively to other insureds or contain individuals' confidential information.

If, after diligent search and inquiry, defendant does not otherwise have responsive documents within its possession, custody and control, it is to provide a supplemental response to plaintiff, within ten (10) days of the date of this Order, stating that it has conducted such a search and inquiry and has not located responsive documents.

4.     Plaintiff's Motion with respect to Request for Production No. 38 is denied in part. In lieu of requiring production of documents "available for use" by Unum personnel, plaintiff may submit additional Interrogatories directed to Unum medical personnel involved in Ms. Shaw's claim, inquiring about medical resources which they consulted during the administration of the claim.

5.     Plaintiff has also sought to compel production of training materials received by Kenneth Maxwell and Dr. Greenhood (Requests for Production Nos. 51 to 56, inclusive). At hearing on said Motion, defendant represented that following an initial investigation, it is his understanding that the training materials as testified to by Mr.

1  Maxwell as being stored on his computer, were in fact only access to the Claim Manual.
2  Plaintiff is permitted to re-depose Mr. Maxwell on this subject to ascertain whether the
3  requested documents exist.  Defendant is ordered to produce any training documents
4  received by Dr. Greenhood from Unum which are actually stored on the hard drive of his
5  computer.
6      Defendant is ordered to serve supplemental discovery responses and produce the
7  documents as outlined above within ten (10) days from entry of this Order.

Approved as to form.

*/s/ Francis J. Torrence*

Francis J. Torrence

IT IS SO ORDERED.

**Dated:   January 29, 2009            /s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE