1  Lisa S. Kantor - State Bar No. 110678
      Email: lkantor@kantorlaw.net
2  Corinne Chandler - State Bar No. 111423
      Email: cchandler@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff,
   **MARLENE SHAW**

7

8

9                 UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA - FRESNO

11

12  MARLENE SHAW,                    )  CASE NO: 1:07-CV-01026-AWI-SMS
                                     )
13           Plaintiff,             )
                                     )  STIPULATION TO CONTINUE
14       VS.                        )  DISMISSAL DATE PENDING
                                     )  COMPLETION OF SETTLEMENT
15  UNUM LIFE INSURANCE             )  DOCUMENTS;
    COMPANY OF AMERICA;             )
16  WALLACE THOMPSON HOSPITAL )  ORDER
    LONG TERM DISABILITY PLAN,      )
17                                  )
             Defendants.            )
18  _____ )

19       The parties, by and through their respective attorneys, hereby stipulate as

20  follows:

21       Whereas, the parties have reached a settlement in this matter;

22       Whereas, as a result of said settlement, plaintiff notified the Court and in

23  response, the Court issued its Order of June 1, 2009, requiring dismissal papers to

24  filed and emailed to Judge Ishii by June 26, 2009;

25       Whereas, defendants' counsel has been unable to draft and send a Release to

26  plaintiff to effect the settlement to date, but anticipates doing so by June 26, 2009 and

27       Whereas, plaintiff will be required to review said Release with her counsel and

28  return the signed Release to defendant prior to dismissal of this action.

1

1    Now, therefore, the parties stipulate and agree, subject to the Court's approval,

2  that the deadline for completing the settlement of this case be extended an additional

3  two weeks, or until July 10,2009.

4

5  Dated: June 22, 2009                                     KANTOR & KANTOR, LLP

6

7

                                                            By    /s/ Corinne Chandler
8                                                                 Corinne Chandler
                                                                  Attorneys for plaintiff
9

10

11  Dated: June 19, 2009                                    WILSON, ELSER, MOSKOWITZ &
                                                            DICKER
12

13

                                                            By    /s/ Francis Torrence
14                                                                Francis Torrence
                                                                  Attorneys for defendant
15

16                                    **ORDER**

17    The Court having read and considered the Stipulation between the parties,

18  requesting a continuance of the deadline to complete the settlement in this matter and

19  good cause appearing therefor, it is hereby ordered that defendant shall provide a

20  draft Release to plaintiff no later than June 26, 2009 and that the parties are ordered

21  to file their dismissal papers no later than July 10, 2009.

22

23

24

25  IT IS SO ORDERED.

26  **Dated:    June 23, 2009**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
27

28